IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-00252-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TYREE GREGG, ) | |
| Defendant, ) | **ORDER** |
| ) | |
| and ) | |
| ) | |
| TRUCKPRO, INC., ) | |
| Garnishee. ) | |
| ) | |

**UPON MOTION** of the United States of America (Doc. No. 262), for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment (Doc. No. 259) filed in this case on December 14, 2022, against Defendant, Tyree Gregg, as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: July 1, 2024

*Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge

1